# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Clay Brooke Left Hand, | ) | |
| | ) | Case No. 4:13-cr-142-03 |
| Defendant. | ) | |

On May 5, 2014, defendant filed a Motion for Inmate Transport. She requests that she be released to Centre, Inc. in Fargo, North Dakota, pending sentencing. She also requests that she be transported to Centre, Inc. by the United States Marshal's Service.

The government filed a response to defendant's motion on May 13, 2014, advising that it has no objection to defendant's request. Accordingly, the court **GRANTS** defendant's motion (Docket No. 232) and **ORDERS** that defendant be released subject to the following conditions:

(1) Defendant must not violate federal, state, tribal, or local law while on release.

(2) Defendant must advise the Pretrial Services Office and defense counsel in writing before making any change in address or telephone number.

(3) Defendant must appear in court as required and must surrender to serve any sentence imposed.

(4) Defendant shall reside at Centre, Inc. in Fargo, North Dakota, and comply with all rules and regulations of the facility. Defendant shall begin such residence upon transport to the Centre, Inc., by the United States Marshal's Service at its earliest available opportunity. Defendant shall remain in detention until the United States

1

Marshal's Service makes such transport.

(5) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(6) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

(7) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(8) Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

Dated this 14th day of May, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
